1  DAN MARMALEFSKY (SBN 95477)
   DMarmalefsky@mofo.com
2  MAYA HAREL (SBN 291990)
   MHarel@mofo.com
3  EMMA BURGOON (SBN 348097)
   EBurgoon@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, California 90017-3543
   Telephone:  213.892.5200
6  Facsimile:   213.892.5454

7  Attorneys for Defendants
   AIR DISTRIBUTION USA, INC.
8  and ROBERT MANESON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHISHA AROMA, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>AIR DISTRIBUTION USA, INC., a California corporation; ROB MANESON, an individual; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.  2:23-CV-09228<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO U.S.C. §§ 1332 AND 1441; [DIVERSITY JURISDICTION]**<br><br>(Removed from the Superior Court of the State of California, County of Los Angeles, Case No. 23CMCV01619) |
|---|---|

NOTICE OF REMOVAL OF
CIVIL ACTION
sf-5660022

# NOTICE OF REMOVAL

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants AIR Distribution USA, Inc. ("AIR Distribution") and Robert Maneson[1] ("Maneson") (collectively, "Defendants"), by and through undersigned counsel, hereby remove to this Court the state court action described below, which was commenced in the Superior Court of the State of California for the County of Los Angeles as Case Number 23CMCV01619. This Notice of Removal is based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Attached hereto as the following exhibits are true and correct copies of papers filed in the action to date:

1. Exhibit A: Complaint[2]
2. Exhibit B: Summons to AIR Distribution
3. Exhibit C: Summons to Maneson
4. Exhibit D: Purported Proof of Service on AIR Distribution
5. Exhibit E: Purported Proof of Service on Maneson
6. Exhibit F: Notice of Case Assignment

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of California, County of Los Angeles, and will be served on all parties. This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

In support of this Notice of Removal, Defendants AIR Distribution and Maneson submit the following:

**PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL**

1. On October 9, 2023, Plaintiff Shisha Aroma, Inc. ("Plaintiff") commenced a civil action in the Superior Court of the State of California for the

---

[1] Incorrectly spelled "Rob Maneson" in the Complaint.
[2] Partially redacted, as it reflects confidential business information.

County of Los Angeles, entitled *Shisha Aroma, Inc. v. AIR Distribution, Inc., et al.*, Case No. 23CMCV01619 (the "State Court Action"). *See* Exhibit A.

2. On October 12, 2023, Plaintiff filed a Proof of Personal Service in the State Court Action, in which it claims to have personally served AIR Distribution at 2710 Gateway Oaks Drive, Suite #150, Sacramento, CA 95833 at 12:39 p.m. on October 11, 2023. *See* Exhibit D.

3. On October 19, 2023, Plaintiff filed a Proof of Personal Service in the State Court Action, in which it claims to have personally served Maneson at 3100 Menchaca Road, Apt. 28, Austin, TX 78704 at 7:58 p.m. on October 17, 2023. *See* Exhibit E.

4. Defendants are unaware of any other defendants appearing, or being served, in this action.

5. None of the Defendants have pled, answered, or otherwise appeared in the State Court Action.[3]

6. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), which provides that a defendant may file a notice of removal "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief."

## DIVERSITY JURISDICTION EXISTS

7. This case properly may be removed to this United States District Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. The Superior Court of the State of California for the County of Los Angeles is located within the jurisdiction of the United States District Court for the Central District of California. This notice is therefore properly filed in this Court pursuant to 28 U.S.C. § 1441(b).

8. This Court has original jurisdiction over this action under 28 U.S.C.

---

[3] Following removal, Defendants intend promptly to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b). By filing this Notice of Removal, no Defendant waives any challenge to personal jurisdiction, service of process, or any other substantive challenges or defense to Plaintiff's Complaint. No admission of law, fact, or liability is intended by this Notice of Removal.

§ 1332 and it is properly removed to this Court under 28 U.S.C. § 1441(b) because this is a civil action between citizens of different states and the matter in controversy exceeds $75,000.

9. Plaintiff is incorporated under the laws of the state of Virginia and its principal place of business is in Virginia. *See* Ex. A, Complaint, ¶ 1. Defendant AIR Distribution is a California corporation, with its principal place of business in California. *See* Ex. A, ¶ 2. According to the Complaint, Defendant Maneson is a citizen of California, residing in Los Angeles.[4] *See* Ex. A, ¶ 3. Thus, there exists complete diversity of citizenship between each of the Defendants and Plaintiff.

10. Plaintiff and Defendants are parties to a Non-Exclusive Distribution Agreement, executed on behalf of Plaintiff on March 9, 2023. *See* Ex. A, ¶ 12 & Ex. 1, thereto. Pursuant to the Non-Exclusive Distribution Agreement, Plaintiff purchased product from AIR Distribution on which it has an outstanding accounts receivable balance in excess of six million dollars.[5] Declaration of Ali Al Hassan ("Al Hassan Decl."), ¶ 4. Plaintiff alleges that Defendants breached the Non-Exclusive Distribution Agreement by selling product to other distributors at a price lower than what Plaintiff paid for the products. *See* Ex. A, ¶ 14. Plaintiff has asserted that, as a result, it should receive credits and rebates on product it has already received, in excess of $75,000. Al Hassan Decl. ¶ 5. Plaintiff also seeks an award of punitive damages and recovery of its attorney fees. *See* Ex. A, Prayer for Relief. Thus, the amount in controversy exceeds $75,000.

11. Because this is a civil action between citizens of different states and the matter in controversy exceeds $75,000, this action is properly removed to this Court on diversity jurisdiction grounds.

## **VENUE**

---

[4] As Plaintiff knows, Maneson resides in Austin, Texas, where Plaintiff effected service of the Summons and Complaint. *See* Exhibit E. Nonetheless, Maneson is not a citizen of Virginia, so this distinction does not impact diversity jurisdiction.
[5] AIR Distribution will be filing a cross-complaint to recover the balance due.

NOTICE OF REMOVAL OF
CIVIL ACTION                                3
sf-5660022

12. Removal to the United States District Court for the Central District of California is proper because it "embrac[es]" Los Angeles County, the "place where [this] action is pending." 28 U.S.C. § 1441(a).

**BASED ON THE FOREGOING,** and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants AIR Distribution and Maneson hereby remove the State Court Action now pending in the Superior Court of the State of California for the County of Los Angeles as Case Number 23CMCV01619 to the United States District Court for the Central District of California.

Dated: November 1, 2023　　　　　　　MORRISON & FOERSTER LLP

By: */s/ Dan Marmalefsky*
　　　Dan Marmalefsky

*Attorneys for Defendants*
AIR DISTRIBUTION USA, INC. and
ROBERT MANESON